UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   :
:
: 1:03 MDL 1570 (GBD)(SN)
:
------------------------------------------------------------------X

This Document Relates to
<u>Maher, et al. v. Iran, et al.</u>
1:20-cv-00266 (GBD)(SN)

# EXHIBIT A

to the

**AFFIDAVIT OF DENNIS G. PANTAZIS, ESQ. IN SUPPORT OF APPLICATION FOR CERTIFICATE OF DEFAULT**

