**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001  :
                                                :
                                                :    **1:03 MDL 1570 (GBD)(SN)**
                                                :
------------------------------------------------------------------X

**This Document Relates to**
**_Maher, et al. v. Iran, et al._**
**1:20-cv-00266 (GBD)(SN)**

# EXHIBIT C

to the

**AFFIDAVIT OF DENNIS G. PANTAZIS, ESQ. IN SUPPORT OF**
**APPLICATION FOR CERTIFICATE OF DEFAULT**



SPECIFIC AUTHENTICATION CERTIFICATE

ederation of Switzerland                    )
, Canton of Bern                             ) SS:
assy of the United States of America  )


yward M. Alto, a consular officer at the Embassy of the United States at Bern,
zerland, certify that this is a true copy of Embassy note number 27920 dated
mber 12, 2022, which was transmitted to the Swiss Ministry of Foreign Affairs on
mber 14, 2022, for further transmission to the American Interests Section of the
s Embassy in Tehran, Iran.



_____
(Signature of Consular Officer)


_____Hayward M. ALTO_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


January 30, 2023
(Date)



*Embassy of the United States of America*

December 12, 2022

CONS NO.    27920

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities
Act (FSIA) – Ryan, et al. v. Islamic Republic of Iran, et al., 1:20-cv-00266 (GBD)(SN)

REF:    ----

The Department of State has requested the delivery of the enclosed letters rogatory and
accompanying documents to the Ministry of Foreign Affairs of the Islamic Republic of Iran
pursuant to the Foreign Sovereign Immunities Act in the matter Ryan, et al. v. Islamic Republic
of Iran, et al., 1:20-cv-00266 (GBD)(SN).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the
documents to the American Interests Section of the Swiss Embassy in Tehran.  There are eight
defendants to be served in this case: the Ayatollah Ali Hoseini-Khamenei; The Estate of Ali
Akbar Hashemi Rafsanjani; Hezbollah; National Iranian Tanker Company; National Iranian Oil
Company; National Iranian Gas Company; National Iranian Petrochemical Company; and Iran
Airlines.  The American Interests Section should transmit the letters rogatory and accompanying
documents to the Iranian Ministry of Foreign Affairs under cover of one diplomatic note
utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.  The
American Interests Section should execute certifications of the diplomatic notes, which will be
forwarded by the Department of State to the requesting court in the United States.

Enclosed are eight appropriate parts of a message the Embassy received from the Department of
State as well two sets of documents for each defendant.

The Embassy would appreciate being informed of the date the American Interests Section of the
Swiss Embassy in Tehran receives the documents as well as the date the Interests Section
forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT <u>AYATOLLAH</u> <u>ALI HOSEINI KHAMENEI</u>:**

[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT <u>AYATOLLAH ALI</u> <u>HOSEINI KHAMENEI</u>**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT THE ESTATE OF ALI AKBAR HASHEMI RAFSANJANI:**

[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT THE ESTATE OF ALI AKBAR HASHEMI RAFSANJANI**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT <u>HEZBOLLAH</u>:**
[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Amended Summons, dated July 31, 2020 (*Ryan* Docket No. 10); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT <u>HEZBOLLAH</u>**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT <u>NATIONAL IRANIAN TANKER COMPANY</u>:**

[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT <u>NATIONAL IRANIAN TANKER COMPANY</u>**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT <u>NATIONAL
IRANIAN OIL COMPANY</u>:**
[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the
Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the
Ministry's aid in transmitting the enclosed request for international judicial assistance to the
appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the
annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic
Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United
States District Court for the Southern District of New York. The U.S. District Court for the
Southern District of New York has requested transmission of the annexed letter rogatory and
accompanying documents according to the procedures for service on a foreign state or political
subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of
justice.  The Foreign Interests Section would appreciate being kept advised of the progress of the
letters rogatory, specifically the date it is assigned to the appropriate judicial authority for
execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial
Documents in a Civil Matter by the United States District Court for the Southern District of New
York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic
of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10,
2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT <u>NATIONAL
IRANIAN OIL COMPANY</u>**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT <u>NATIONAL</u>
<u>IRANIAN GAS COMPANY</u>:**
[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the
Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the
Ministry's aid in transmitting the enclosed request for international judicial assistance to the
appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the
annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic
Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United
States District Court for the Southern District of New York. The U.S. District Court for the
Southern District of New York has requested transmission of the annexed letter rogatory and
accompanying documents according to the procedures for service on a foreign state or political
subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of
justice. The Foreign Interests Section would appreciate being kept advised of the progress of the
letters rogatory, specifically the date it is assigned to the appropriate judicial authority for
execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial
Documents in a Civil Matter by the United States District Court for the Southern District of New
York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic
of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10,
2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT <u>NATIONAL</u>
<u>IRANIAN GAS COMPANY</u>**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT <u>NATIONAL IRANIAN PETROCHEMICAL COMPANY</u>:**

[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT <u>NATIONAL IRANIAN PETROCHEMICAL COMPANY</u>**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRAN AIRLINES:**
[Appropriate complimentary opening]

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section is grateful for the Ministry's assistance in the interests of justice. The Foreign Interests Section would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

[Appropriate complimentary closing]

Attachments:

1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRAN AIRLINES**



## SPECIFIC AUTHENTICATION CERTIFICATE

ı̇federation of Switzerland      )
n, Canton of Bern               ) SS:
bassy of the United States of America  )


ify that the annexed document bears the genuine seal of the Swiss Federal
rtment of Foreign Affairs.

fy under penalty of perjury under the laws of the United States that the foregoing
e and correct.



_____
(Signature of Consular Officer)


_____
Hayward M. ALTO
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


January 30, 2023
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Federal Department of Foreign Affairs FDFA**

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 27920 dated December 12, 2022 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:

**Ryan, et al. v. Islamic Republic of Iran, et al.  1:20-cv-00266 (GBD)(SN)**
- Note 1003-IE addressed to Ayatollah Ali Hoseini Khamenei
- Note 1004-IE addressed to the Estate of Ali Akbar Hashemi Rafsanjani
- Note 1005-IE addressed to the National Iranian Tanker Company
- Note 1006-IE addressed to the Iran Airlines
- Note 1007-IE addressed to the National Iranian Petrochemical Company
- Note 1008-IE addressed to the National Iranian Oil Company
- Note 1009-IE addressed to the National Iranian Gas Company
- Note 1010-IE addressed to Hezbollah

dated January 15, 2023 and proof of service, dated January 17, 2023 as well as the certification by the Swiss Federal Chancellery dated January 24, 2023.

The section has received the above mentioned documents on December 27, 2022. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on January 17, 2023. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, January 24, 2023

*Enclosure(s) mentioned*

To the
Embassy of the
United States of America

Berne

## SPECIFIC AUTHENTICATION CERTIFICATE



deration of Switzerland            )
Canton of Bern                     ) SS:
ssy of the United States of America )


fy that the annexed document is executed by the genuine signature and seal of the
ing named official who, in an official capacity, is empowered by the laws of
rland to execute that document.

y under penalty of perjury under the laws of the United States that the foregoing
and correct.


_____ Alessandra MANOIERO _____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____ Hayward M. ALTO _____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


January 30, 2023
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1003-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - January 15, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Pia Müller, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1003-IE, dated January 15, 2023. The delivery of this note and its enclosures was attempted on January 17, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Pia Müller
Deputy Head of the Foreign Interests Section

Tehran - January 17, 2023

---

## APOSTILLE
### (Convention de la Haye du 5 octobre 1961)

1. **Country:** SWISS CONFEDERATION

   This public document

2. **has been signed by**   Pia Müller

3. **acting in the capacity of** Deputy Head of the Foreign Interests Section

4. **bears the seal/stamp of**

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. **at Berne**                 6.          the 24.01.2023

7. **by  Alessandra Manoiero**
   functionary of the Swiss federal Chancellery

8. **No** ............. 001891

9. **Seal/stamp:**                     10.  **Signature:**

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس

**قسمت حافظ منافع خارجی**

شماره –IE– 1003

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه به دعوا ی حقوقی تحت عنوان رایان و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره (SN)(GBD) 20-cv-00266 :1، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ بیست و پنجم دی ماه ۱۴۰۱ (۱۵ ژانویه ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به عالیجناب حسین امیرعبداللهیان، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه، مورخه ۱۳ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۶)؛ شکایت، مورخه ۱۰ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۱)؛ و ابلاغیه اقامه دعوی
۲- ترجمه ها



**اداره امور آمریکا**
**وزارت امور خارجه**
**جمهوری اسلامی ایران**
**تهران**



SPECIFIC AUTHENTICATION CERTIFICATE

ederation of Switzerland        )
Canton of Bern                  ) SS:
ssy of the United States of America )


ify that the annexed document is executed by the genuine signature and seal of the
ving named official who, in an official capacity, is empowered by the laws of
erland to execute that document.

ify under penalty of perjury under the laws of the United States that the foregoing
e and correct.

_____Alessandra MANOIERO_____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____Hayward M. ALTO_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


January 30, 2023
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1004-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - January 15, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Pia Müller, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1004-IE, dated January 15, 2023. The delivery of this note and its enclosures was attempted on January 17, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Pia Müller
Deputy Head of the Foreign Interests Section

Tehran - January 17, 2023



---

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    Pia Müller

3. acting in the capacity of Deputy Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

Certified

5. at Berne              6.      the 24.01.2023

7. by  Alessandra Manoiero
   functionary of the Swiss federal Chancellery

8. No    001892

9. Seal/stamp:                10. Signature:

   Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره –IE 1004

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه مربوط به دعوا ی حقوقی تحت عنوان رایان و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره (GBD)(SN) 20-cv-00266: 1، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ بیست و پنجم دی ماه ۱۴۰۱ (۱۵ ژانویه ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به عالیجناب حسین امیرعبداللهیان، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه، مورخه ۱۳ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۶)؛ شکایت، مورخه ۱۰ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۱)؛ و ابلاغیه اقامه دعوی
۲- ترجمه ها



اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>



SPECIFIC AUTHENTICATION CERTIFICATE

ederation of Switzerland             )
, Canton of Bern                     ) SS:
assy of the United States of America )


ify that the annexed document is executed by the genuine signature and seal of the
wing named official who, in an official capacity, is empowered by the laws of
zerland to execute that document.

ify under penalty of perjury under the laws of the United States that the foregoing
e and correct.


_____Alessandra MANOIERO_____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____Hayward M. ALTO_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


January 30, 2023
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1005-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - January 15, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Pia Müller, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1005-IE, dated January 15, 2023. The delivery of this note and its enclosures was attempted on January 17, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Pia Müller
Deputy Head of the Foreign Interests Section

Tehran - January 17, 2023



---

### APOSTILLE
#### (Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by      Pia Müller

3. acting in the capacity of Deputy Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

Certified

5. at Berne              6.      the 24.01.2023

7. by  Alessandra Manoiero
   functionary of the Swiss federal Chancellery
   001893
8. No .....................................

9. Seal/stamp:              10.  Signature:

   Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس

**قسمت حافظ منافع خارجی**

شماره –IE 1005

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم  جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه مربوط به دعوا ی حقوقی تحت عنوان رایان و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره  20-cv-00266 (SN)(GBD): 1، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از  همکاری آن وزارتخانه محترم در راستای اجرای ابلاغ سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ بیست و پنجم دی ماه ۱۴۰۱ (۱۵ ژانویه ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به عالیجناب حسین امیرعبداللهیان، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه، مورخه ۱۳ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۶)؛ شکایت، مورخه ۱۰ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۱)؛ و ابلاغیه اقامه دعوی
۲- ترجمه ها



اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>



## SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland          )
n, Canton of Bern                  ) SS:
bassy of the United States of America )


rtify that the annexed document is executed by the genuine signature and seal of the
owing named official who, in an official capacity, is empowered by the laws of
tzerland to execute that document.

rtify under penalty of perjury under the laws of the United States that the foregoing
ue and correct.


_____ Alessandra MANOIERO _____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____ Hayward M. ALTO _____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


January 30, 2023
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1006-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - January 15, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Pia Müller, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1006-IE, dated January 15, 2023. The delivery of this note and its enclosures was attempted on January 17, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Pia Müller
Deputy Head of the Foreign Interests Section

Tehran - January 17, 2023



---

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by     Pia Müller

3. acting in the capacity of Deputy Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne                  6.     the 24.01.2023

7. by  Alessandra Manoiero
   functionary of the Swiss federal Chancellery

8. No .............001894

9. Seal/stamp:                         10. Signature:

   Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره IE– 1006

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم  جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه مربوط به دعوا ی حقوقی تحت عنوان رایان و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره  20-cv-00266 (GBD)(SN): 1، توسط  دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از  همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - اگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ بیست و پنجم دی ماه ۱۴۰۱ (۱۵ ژانویه ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به عالیجناب حسین امیرعبداللهیان، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه، مورخه ۱۳ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۶)؛ شکایت، مورخه ۱۰ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۱)؛ و ابلاغیه اقامه دعوی
۲- ترجمه ها



اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

## SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland       )
n, Canton of Bern               ) SS:
bassy of the United States of America  )


tify that the annexed document is executed by the genuine signature and seal of the
owing named official who, in an official capacity, is empowered by the laws of
tzerland to execute that document.

tify under penalty of perjury under the laws of the United States that the foregoing
ue and correct.



_____ Alessandra MANOIERO _____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____ Hayward M. ALTO _____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


January 30, 2023
(Date)

 Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1007-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - January 15, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Pia Müller, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1007-IE, dated January 15, 2023. The delivery of this note and its enclosures was attempted on January 17, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Pia Müller
Deputy Head of the Foreign Interests Section

Tehran - January 17, 2023



---

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by      Pia Müller

3. acting in the capacity of Deputy Head of the Foreign Interests Section

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne                    6.        the 24.01.2023

7. by  Alessandra Manoiero
   functionary of the Swiss federal Chancellery

8. No .......001895

9. Seal/stamp:                              10. Signature:

   Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره IE– 1007

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احترامأ از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه به دعوا ی حقوقی تحت عنوان رایان و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره 20-cv-00266 (GBD)(SN) :1، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ بیست و پنجم دی ماه ۱۴۰۱ (۱۵ ژانویه ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع ابلاغ مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به عالیجناب حسین امیرعبداللهیان، وزیر امور خارجه جمهوری اسلامی ایران، احضاریه، مورخه ۱۳ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۶)؛ شکایت، مورخه ۱۰ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۱)؛ و ابلاغیه اقامه دعوی
۲- ترجمه ها



اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

hgh

SPECIFIC AUTHENTICATION CERTIFICATE

ederation of Switzerland                    )
, Canton of Bern                              ) SS:
assy of the United States of America  )


ify that the annexed document is executed by the genuine signature and seal of the
ving named official who, in an official capacity, is empowered by the laws of
erland to execute that document.

fy under penalty of perjury under the laws of the United States that the foregoing
e and correct.


_____ Alessandra MANOIERO _____
(Typed name of Official who executed the annexed document)




_____
(Signature of Consular Officer)


_____ Hayward M. ALTO _____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


January 30, 2023
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1008-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - January 15, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**Ministry of Foreign Affairs
Islamic Republic of Iran
Department of American Affairs
Tehran**

I, Pia Müller, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1008-IE, dated January 15, 2023. The delivery of this note and its enclosures was attempted on January 17, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Pia Müller
Deputy Head of the Foreign Interests Section

Tehran - January 17, 2023

---

## APOSTILLE
### (Convention de la Haye du 5 octobre 1961)

1. **Country:** SWISS CONFEDERATION

    **This public document**

2. **has been signed by**    Pia Müller

3. **acting in the capacity of Deputy Head of the Foreign Interests Section**

4. **bears the seal/stamp of**

    Embassy of Switzerland US Interests Section Tehran

### Certified

5. **at Berne**              6.        the 24.01.2023

7. **by  Alessandra Manoiero**
   **functionary of the Swiss federal Chancellery**

8. **No** ............001896

9. **Seal/stamp:**                    10.  **Signature:**

    Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره IE–1008

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه مربوط به دعوا ی حقوقی تحت عنوان رایان و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره (GBD)(SN) 20-cv-00266: ۱، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ بیست و پنجم دی ماه ۱۴۰۱ (۱۵ ژانویه ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به عالیجناب حسین امیرعبداللهیان، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه، مورخه ۱۳ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۶)؛ شکایت، مورخه ۱۰ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۱)؛ و ابلاغیه اقامه دعوی
۲- ترجمه ها



**اداره امور آمریکا**
**وزارت امور خارجه**
**جمهوری اسلامی ایران**
**تهران**

</div>



## SPECIFIC AUTHENTICATION CERTIFICATE

deration of Switzerland              )
Canton of Bern                        ) SS:
ssy of the United States of America  )


y that the annexed document is executed by the genuine signature and seal of the
ng named official who, in an official capacity, is empowered by the laws of
rland to execute that document.

y under penalty of perjury under the laws of the United States that the foregoing
is      and correct.


_____ Alessandra MANOIERO _____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____ Hayward M. ALTO _____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


January 30, 2023
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1009-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - January 15, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Summons, dated January 13, 2020 (*Ryan* Docket No. 6); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Pia Müller, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1009-IE, dated January 15, 2023. The delivery of this note and its enclosures was attempted on January 17, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Pia Müller
Deputy Head of the Foreign Interests Section

Tehran - January 17, 2023

---

## APOSTILLE
### (Convention de la Haye du 5 octobre 1961)

1. **Country:** SWISS CONFEDERATION

   **This public document**

2. **has been signed by**    Pia Müller

3. **acting in the capacity of Deputy Head of the Foreign Interests Section**

4. **bears the seal/stamp of**

   Embassy of Switzerland US Interests Section Tehran

   **Certified**

5. **at Berne**              6.    **the** 24.01.2023

7. **by  Alessandra Manoiero**
   **functionary of the Swiss federal Chancellery**

8. **No** ......001897

9. **Seal/stamp:**                  10.  **Signature:**

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس

**قسمت حافظ منافع خارجی**

شماره IE– 1009

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک همراه مربوط به دعوا ی حقوقی تحت عنوان رایان و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره (GBD)(SN) 20-cv-00266: 1، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ بیست و پنجم دی ماه ۱۴۰۱ (۱۵ ژانویه ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به عالیجناب حسین امیرعبداللهیان، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه، مورخه ۱۳ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۶)؛ شکایت، مورخه ۱۰ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۱)؛ و ابلاغیه اقامه دعوی
۲- ترجمه ها



اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران



SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland          )
n, Canton of Bern                  ) SS:
bassy of the United States of America  )


rtify that the annexed document is executed by the genuine signature and seal of the
owing named official who, in an official capacity, is empowered by the laws of
zerland to execute that document.

tify under penalty of perjury under the laws of the United States that the foregoing
ue and correct.


_____ Alessandra MANOIERO _____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____ Hayward M. ALTO _____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


January 30, 2023
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1010-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to request the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of the Islamic Republic of Iran.

The United States District Court for the Southern District of New York has transmitted the annexed letter rogatory and accompanying documents in the matter of *Ryan, et al. v. Islamic Republic of Iran, et al.*, 1:20-cv-00266 (GBD)(SN). The case is a civil matter before the United States District Court for the Southern District of New York. The U.S. District Court for the Southern District of New York has requested transmission of the annexed letter rogatory and accompanying documents according to the procedures for service on a foreign state or political subdivision set out in Title 28, United States Code, Section 1608(a)(4).

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran - January 15, 2023



Attachments:
1. Request for International Judicial Assistance (Letters of Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York; Cover Letter to H.E. Hossein Amir-Abdollahian, Foreign Minister of the Islamic Republic of Iran; Amended Summons, dated July 31, 2020 (*Ryan* Docket No. 10); Complaint, dated January 10, 2020 (*Ryan* Docket No. 1); and Notice of Suit.
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Pia Müller, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1010-IE, dated January 15, 2023. The delivery of this note and its enclosures was attempted on January 17, 2023, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Pia Müller
Deputy Head of the Foreign Interests Section

Tehran - January 17, 2023

---

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. **Country:** SWISS CONFEDERATION

   **This public document**

2. **has been signed by**   Pia Müller

3. **acting in the capacity of** Deputy Head of the Foreign Interests Section

4. **bears the seal/stamp of**

   Embassy of Switzerland US Interests Section Tehran

   **Certified**

5. **at Berne**             6.        **the** 24.01.2023

7. **by  Alessandra Manoiero**
   **functionary of the Swiss federal Chancellery**

8. **No** ............. 0.0.1.8.8.9

9. **Seal/stamp:**                    10.  **Signature:**

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره –IE 1010

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً از آن وزارتخانه محترم تقاضا دارد تا مساعدت لازم جهت ابلاغ درخواست معاضدت قضایی بین المللی پیوست به مقامات قضایی مربوطه جمهوری اسلامی ایران، مبذول گردد.

درخواست نیابت قضایی بین المللی مذکور و مدارک مربوط به دعوا ی حقوقی تحت عنوان رایان و دیگران علیه جمهوری اسلامی ایران و دیگران، تحت پرونده شماره (SN)(GBD) 20-cv-00266 :1، توسط دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک ارسال شده است. این موضوع مدنی نزد دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح می باشد. دادگاه نامبرده بر اساس مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده در خصوص رویه ابلاغ به دولتهای خارجی یا زیر مجموعه سیاسی، ارسال نیابت قضایی بین المللی و مدارک ضمیمه را درخواست نموده است.

سفارت سوئیس از همکاری آن وزارتخانه محترم در راستای اجرای عدالت سپاسگزار است. موجب امتنان خواهد بود چنانچه این سفارت از سیر مراحل ابلاغ درخواست نیابت قضایی بین المللی - بخصوص تاریخ تحویل آن به مقامات قضایی مربوطه - آگاه گردد.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران - بتاریخ بیست و پنجم دی ماه ۱۴۰۱ (۱۵ ژانویه ۲۰۲۳)

پیوست: ۱- درخواست معاضدت قضایی بین المللی (نیابت قضایی) جهت ابلاغ اسناد قضایی با موضوع مدنی توسط دادگاه ناحیه ای ایالات متحده برای ناحیه جنوبی نیو یورک؛ پوشش نامه خطاب به عالیجناب حسین امیرعبداللهیان، وزیر امور خارجه جمهوری اسلامی ایران؛ احضاریه اصلاح شده، مورخه ۳۱ ژوئیه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۱۰)؛ شکایت، مورخه ۱۰ ژانویه ۲۰۲۰ (دفتر ثبت دعاوی حقوقی رایان شماره ۱)؛ و ابلاغیه اقامه دعوی
۲- ترجمه ها



اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران